OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

UNITED STATES POSTAGE

PITNEY BOWES

02 1M
0004279596

$ 00.26⁵

APR 30 2015

MAILED FROM ZIP CODE 78701

4/29/2015

TURNER, JAMES DANIEL    Tr. Ct. No. W87-88356-L (C)        WR-6,771-10

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

UTF Rel

JAMES DANIEL TURNER
HUNTSVILLE UNIT - TDC # 488478
815 12TH STREET
HUNTSVILLE, TX 77342

UTF